IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| ALFONSO R. ASENCIO,<br>    Plaintiff, | §<br>§<br>§ |
| v. | §  CIVIL ACTION NO.<br>§  SA 06 CA 0891 FB<br>§ |
| MORGAN STANLEY DW INC.,<br>    Defendant. | §<br>§<br>§ |

### AGREED STIPULATION OF DISMISSAL

NOW COMES Plaintiff and Defendant herein and, pursuant to Rule 41(a)(1), Fed. R. Civ. P., stipulate that the above-referenced civil action may be and hereby is DISMISSED WITH PREJUDICE to the reprosecution of any and all claims that were or could have been asserted herein by any party, and with each party to bear his/its own attorney's fees and costs of court.

Respectfully submitted,

_____
Dawn M. Knepper
State Bar No. 24034525
OGLETREE, DEAKINS, NASH, SMOAK
 & STEWART, P.C.
Weston Centre
112 E. Pecan Street, Suite 2700
San Antonio, Texas 78205
Telephone: 210.354.1300
Facsimile: 210.277.2702

**ATTORNEYS FOR DEFENDANT
MORGAN STANLEY & CO.
INCORPORATED**

_____
Glen D. Mangum
State Bar No. 12903700
111 Soledad, Suite 725
San Antonio, Texas 78205-2381
Telephone: 210.227.3666
Facsimile: 210. 271.9557

**ATTORNEYS FOR PLAINTIFF
ALFONSO R. ASENCIO**

5115916.1